| UNITED STATES DISTRICT COURT | NOT FOR PUBLICATION |
| EASTERN DISTRICT OF NEW YORK | |

---------------------------------------------------------------- X
JOHN WILLIAMSON,

                         Petitioner,          ORDER

    - against -                                   10-CV-340 (JG)

DUKE TERRELL, Warden, Metropolitan
Detention Center,

                         Respondent.
---------------------------------------------------------------- X

JOHN GLEESON, United States District Judge:

        In January 2010, petitioner John Williamson filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. At the time, Williamson was incarcerated at the Metropolitan Detention Center ("MDC"). In his petition, Williamson challenged the validity of regulations promulgated by the Federal Bureau of Prisons regarding the placement of inmates in halfway houses, known formally as Residential Re-Entry Centers ("RRC"). Williamson requested that an order that he be "immediately transfer[red] to a RRC nearest his place of release." Pet. 3, ECF No. 1.

        On January 29, 2010, the Court issued an order to show cause, directing that the U.S. Attorney file a return to the petition on or before April 19, 2010. The U.S. Attorney filed a memorandum in opposition to the petition on that date. Due to a regrettable oversight by the Court, no further action was taken in this case for two years.

        Fortunately, this oversight does not appear to have resulted in any significant prejudice to Williamson. A review of Williamson's records indicates that his Unit Team at MDC determined on August 19, 2010, that he should be furloughed to a RRC and he entered a

RRC on January 25, 2011. Williamson was released from federal custody altogether on July 22, 2011.

It appears that when Williamson had filed his habeas petition, his Unit Team was still in the process of making a determination as to whether he should be placed in a RRC. His petition therefore might have been denied on the basis that he had not yet exhausted his available administrative remedies. In any event, his petition has clearly been mooted by his July 2011 release. Accordingly, the petition is dismissed.

So ordered.

John Gleeson, U.S.D.J.

Date: April 27, 2012
　　　　Brooklyn, New York